UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA MARTINEZ,<br><br>                        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                        Defendant. | Case No.: 19-CV-1195-WVG<br><br>**ORDER ON PLAINTIFF'S MOTION TO ALLOW THE USE OF ELECTRICAL EQUIPMENT IN THE COURTROOM AND DEFENDANT'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |

      Pending before the Court are Plaintiff's Motion to Allow the Use of Electrical Equipment in the Courtroom and Defendant's Motion to Bring Electronic Equipment into the Courtroom ("Motions"). (Doc. Nos. 77, 78.) Plaintiff specifically seeks leave of court to bring "laptops, ipads, personal cell phones, and cords and any necessary cables into the courtroom for use during trial." (Doc. No. 78, 1:26-28.) Defendant specifically seeks leave of court to bring "laptops, private cell phones, a Lightning to HDMI Apple adapter, a 32 [inch] monitor, and any necessary cables into the courtroom for use during the trial." (Doc. No. 77, 2:6-8.) Having reviewed and considered the Parties' request and the equipment the Parties respectively seek to bring for use in trial, the Court GRANTS in entirety both

/ / /

/ / /

1   Motions. The Parties shall bring all necessary electronic equipment for use in trial and set
2   up their respective items prior to the start of each day of trial.
3   **IT IS SO ORDERED.**
4   Dated: May 20, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge