1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11   MARISA MARTINEZ, an individual,        Case No.  19-CV-1195-WVG

12                    Plaintiff,
                                            **COURT'S [PROPOSED]**
13         v.                               **SPECIAL VERDICT FORMS**

14   COSTCO WHOLESALE                       **SECOND SET**
     CORPORATION,
15
                      Defendant.
16

17
18
19
20
21
22
23
24
25
26
27
28

## INSTRUCTIONS FOR SPECIAL VERDICT

Ladies and Gentlemen of the Jury:

Your verdict in this case will consist of answers to the questions stated below. All of you must agree on each question and be able to state that your individual vote is expressed in the answer on the verdict form when you return to the courtroom.

As soon as all of you have agreed upon each answer as required by the directions, the Foreperson must sign and date this Special Verdict Form on the last page and notify the Courtroom Deputy who will arrange for you to return to the courtroom.

## DISABILITY DISCRIMINATION [VF-2508]

Cal. Gov't Code § 12940(a)

1. Did Costco know that Ms. Martinez had or treated for her anxiety and/or depression that limited her ability to work?

   Answer:     Yes_____     No_____

   If your answer to question 1 is "Yes," then answer question 2.

   If your answer to question 1 is "No," please proceed to question 8.

2. Was Ms. Martinez able to perform the position's essential job duties without an accommodation?

   Answer:     Yes_____     No_____

   If your answer to question 2 is "Yes," then answer question 3.

   If your answer to question 2 is "No," please proceed to question 8.

/ / /

/ / /

/ / /

/ / /

3. Was Ms. Martinez able to perform the position's essential job duties with reasonable accommodation for her anxiety and/or depression?

    Answer:    Yes_____    No_____

    If your answer to question 3 is "Yes," then answer question 4.

    If your answer to question 3 is "No," please proceed to question 8.

4. Did Costco subject Ms. Martinez to an adverse employment action?

    Answer:    Yes_____    No_____

    If your answer to question 4 is "Yes," then answer question 5.

    If your answer to question 4 is "No," please proceed to question 8.

5. Was Ms. Martinez's anxiety and/or depression a substantial motivating reason for Costco's decision to subject Ms. Martinez to an adverse employment action?

    Answer:    Yes_____    No_____

    If your answer to question 5 is "Yes," then answer question 6.

    If your answer to question 5 is "No," please proceed to question 8.

6. Was Costco's conduct a substantial factor in causing harm to Ms. Martinez?

    Answer:    Yes_____    No_____

    If your answer to question 6 is "Yes," then answer question 7.

    If your answer to question 6 is "No," please proceed to question 8.

7. Was Costco's adverse employment action(s) against Ms. Martinez a substantial factor in causing her harm?

    Answer:    Yes_____    No_____

    If your answer to question 7 is "Yes," then answer question 8 and later question 33.

    If your answer to question 7 is "No," please proceed to question 8.

## **REASONABLE ACCOMMODATION [VF-2509]**

Cal. Gov't Code § 12940(m); Cal. Code Regs. Tit. 2, § 11068(a)

8.    Did Ms. Martinez have anxiety and/or depression that limited her ability to work?

      Answer:     Yes_____     No_____

      If your answer to question 8 is "Yes," then answer question 9.

      If your answer to question 8 is "No," please proceed to question 13.

9.    Did Costco know of Ms. Martinez's anxiety and/or depression that limited her ability to work?

      Answer:     Yes_____     No_____

      If your answer to question 9 is "Yes," then answer question 10.

      If your answer to question 9 is "No," please proceed to question 13.

10.   Was Ms. Martinez able to perform the essential job duties with reasonable accommodation for her anxiety and/or depression?

      Answer:     Yes_____     No_____

      If your answer to question 10 is "Yes," then answer question 11.

      If your answer to question 10 is "No," please proceed to question 13.

11.   Did Costco fail to provide reasonable accommodation for Ms. Martinez's anxiety and/or depression?

      Answer:     Yes_____     No_____

      If your answer to question 11 is "Yes," then answer question 12.

      If your answer to question 11 is "No," please proceed to question 13.

///

12.   Was Costco's failure to provide reasonable accommodation a substantial factor in causing harm to Ms. Martinez?

    Answer:   Yes_____   No_____

    If your answer to question 12 is "Yes," then answer question 13 and later question 33.

    If your answer to question 12 is "No," please proceed to question 13.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## **FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS [VF-2513, May 2022 Supplement]**

Cal. Gov't Code § 12940(n); Cal. Code Regs. Tit. 2, § 11069(a)

13.     Did Ms. Martinez have anxiety and/or depression that limited her ability to work?

Answer:     Yes_____     No_____

If your answer to question 13 is "Yes," then answer question 14.

If your answer to question 13 is "No," please proceed to question 19.

14.     Did Ms. Martinez request that Costco make a reasonable accommodation for her anxiety and/or depression so she would be able to perform the essential job requirements?

Answer:     Yes_____     No_____

If your answer to question 14 is "Yes," then answer question 15.

If your answer to question 14 is "No," please proceed to question 19.

15.     Was Ms. Martinez willing to participate in an interactive process to determine whether reasonable accommodation could be made so that she would be able to perform the essential job requirements?

Answer:     Yes_____     No_____

If your answer to question 15 is "Yes," then answer question 16.

If your answer to question 15 is "No," please proceed to question 19.

/ / /

/ / /

/ / /

/ / /

16.   Did Costco fail to participate in a timely good-faith interactive process with Ms. Martinez to determine whether reasonable accommodation could be made?

> Answer:      Yes_____      No_____
>
> If your answer to question 16 is "Yes," then answer question 17.
>
> If your answer to question 16 is "No," please proceed to question 19.

17.   Could Costco have made reasonable accommodation when the interactive process should have taken place?

> Answer:      Yes_____      No_____
>
> If your answer to question 17 is "Yes," then answer question 18.
>
> If your answer to question 17 is "No," please proceed to question 19.

18.   Was Costco's failure to participate in a timely good-faith interactive process a substantial factor in causing harm to Ms. Martinez?

> Answer:      Yes_____      No_____
>
> If your answer to question 18 is "Yes," then answer question 19 and later question 33.
>
> If your answer to question 18 is "No," please proceed to question 19.

# RETALIATION [VF-2504]

## Cal. Gov't Code § 12940(h)

19. Did Ms. Martinez complain to Costco about unlawful disability discrimination, a failure to accommodate her anxiety and/or depression, and/or a failure to engage in a timely, good-faith interactive process?

      Answer:    Yes_____    No_____

      If your answer to question 19 is "Yes," then answer question 20.

      If your answer to question 19 is "No," please proceed to question 23.

20. Did Costco subject Ms. Martinez to an adverse employment action?

      Answer:    Yes_____    No_____

      If your answer to question 20 is "Yes," then answer question 21.

      If your answer to question 20 is "No," please proceed to question 23.

21. Was Ms. Martinez's complaints to Costco about unlawful disability discrimination, a failure to accommodate her anxiety and/or depression, and/or a failure to engage in a timely, good-faith interactive process a substantial motivating reason for Costco's decision to subject Ms. Martinez to an adverse employment?

      Answer:    Yes_____    No_____

      If your answer to question 21 is "Yes," then answer question 22.

      If your answer to question 21 is "No," please proceed to question 23.

/ / /

/ / /

/ / /

/ / /

/ / /

22.   Was Costco's conduct a substantial factor in causing harm to Ms. Martinez?

Answer:      Yes_____      No_____

If your answer to question 22 is "Yes," then answer question 23 and later question 33.

If your answer to question 22 is "No," please proceed to question 23.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

# **RETALIATION [VF-4602]**

California Labor Code § 1102.5

23.   Did Ms. Martinez disclose to an employee with authority to investigate, discover, or correct legal violations or legal noncompliance that Costco was not providing a safe work environment?

Answer:     Yes_____     No_____

If your answer to question 23 is "Yes," then answer question 24.

If your answer to question 23 is "No," please proceed to question 30.

24.   Did Ms. Martinez have reasonable cause to believe that the information disclosed a violation of a state statute or regulation?

Answer:     Yes_____     No_____

If your answer to question 24 is "Yes," then answer question 25.

If your answer to question 24 is "No," please proceed to question 30.

25.   Did Costco subject Ms. Martinez to an adverse employment action, including, but not limited to, constructively terminating her employment?

Answer:     Yes_____     No_____

If your answer to question 25 is "Yes," then answer question 26.

If your answer to question 25 is "No," please proceed to question 30.

///

///

26.   Was Ms. Martinez's disclosure of information a contributing factor in Costco's decision to take an adverse employment action against Ms. Martinez, including, but not limited to, constructively terminating her employment?

      Answer:    Yes_____    No_____

If your answer to question 26 is "Yes," then answer question 27.

If your answer to question 26 is "No," please proceed to question 30.

27.   Was Ms. Martinez harmed?

      Answer:    Yes_____    No_____

If your answer to question 27 is "Yes," then answer question 28.

If your answer to question 27 is "No," please proceed to question 30.

28.   Was Costco's conduct a substantial factor in causing Ms. Martinez harm?

      Answer:    Yes_____    No_____

If your answer to question 28 is "Yes," then answer question 29.

If your answer to question 28 is "No," please proceed to question 30.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

29.   Did Costco show by clear and convincing evidence that it would have subjected Ms. Martinez to any of the following anyway for legitimate independent reasons:

    (a)    deny her travel to trade shows to New York in 2018 and/or April 2019, and/or Germany in February 2019, and/or to Chicago in March 2019; and/or

        _____ Yes       _____ No

    (b)    threaten to demote her to an ICS position; and/or

        _____ Yes       _____ No

    (c)    threaten to place her on unpaid leave if she did not travel to Mexico?

        _____ Yes       _____ No

If your answer is "No" to any of questions 29(a-c), then answer question 30 and later answer question 33. If you answered "Yes" to all questions 29(a-c), then go to question 30.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## <u>CONSTRUCTIVE DISCHARGE [VF-2510]</u>

If you answered "Yes" to questions 7, 12, 18, 22, or 28, answer question 30. If your answers to questions 7, 12, 18, 22, and 28 are "No," stop here, answer no further questions, and have the foreperson sign and date this form.

30.   Did Costco intentionally create or knowingly permit working conditions to exist that were so intolerable that a reasonable person in Ms. Martinez's position would have had no reasonable alternative except to resign?

      Answer:      Yes_____      No_____

      If your answer to question 30 is "Yes," then answer question 31.

      If your answer to question 30 is "No," please proceed to question 32.

31.   Did Ms. Martinez resign because of these working conditions?

      Answer:      Yes_____      No_____

      If your answer to question 31 is "Yes," then answer question 32 and later answer question 33.

      If your answer to question 31 is "No," please proceed to question 32.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## **DAMAGES**

If your answer to questions 30 and 31 is "Yes," answer questions 32. If your answer to questions 30 and 31 is "No," please proceed to read the instructions for question 33.

32.   What are Ms. Martinez's economic damages?

a.   Past economic loss:

Lost earnings:                              $_____

Other past economic loss:           $_____

Total Past Economic Damages:

$_____

b.   Future economic loss:

Lost earnings:                              $_____

Other future economic loss:        $_____

Total Future Economic Damages:   $_____

**Total Economic Damages (add 32(a) and 32(b)): $_____**

Answer question 33 if either:

(1) You answered "Yes" to questions 30 and 31, or

(2) You answered "Yes" to any/all of questions 7, 12, 18, 22, or 28, or

(3) You answered "Yes" to question 28 and "No" to any parts of 29(a-c).

If neither (1), (2), nor (3) apply, stop here, answer no further questions, and have the foreperson sign and date this form.

33.     What are Ms. Martinez's non-economic damages?

    a.      Past noneconomic loss, including emotional pain/mental suffering:

                                    $_____

    b.      Future noneconomic loss, including emotional pain/mental suffering:

                                      $_____

**Total noneconomic losses (add 33(a) and 33(b)): $_____**


**TOTAL DAMAGES (add 32 and 33):      $_____**


Please proceed to the instructions for question 34.


Answer question 34 if you provided an answer to either question 32 and/or question 33.


Otherwise, if you did not provide answers to both questions 32 and 33, stop and answer no further questions, and have the foreperson sign and date this form.

34.     Do you find by clear and convincing evidence that one or more officers, directors, or managing agents of Costco engaged in malicious, oppressive, or fraudulent conduct towards Ms. Martinez?


      Yes _____                              No _____


After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.


Signed: _____          Dated: _____

      Foreperson