1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  MARISA MARTINEZ,                    Case No. 19-CV-1195-WVG
12                  Plaintiff,
                                        **COURT'S SPECIAL VERDICT**
13       v.                             **FORM FOR PHASE TWO**
14  COSTCO WHOLESALE
    CORPORATION,
15
                    Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

We answer the question submitted as follows:

1. What amount of punitive damages, if any, do you award Marisa Martinez?

    $_____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Signed: _____          Dated: _____
    Foreperson