UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA MARTINEZ,<br><br>                        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                       Defendant. | Case No.: 19-CV-1195-WVG<br><br>**COURT'S JURY INSTRUCTIONS FOR PHASE TWO** |

# **INSTRUCTION NO. 44.**

CACI 3949 – Punitive Damages – Individual and Corporate Defendants (Corporate Liability Based on Acts of Named Individual) – Bifurcated Trial (Second Phase)

You must now decide the amount, if any, that you should award Marisa Martinez in punitive damages. The purpose of punitive damages is to punish a wrongdoer for the conduct that harmed the plaintiff and to discourage similar conduct in the future.

There is no fixed formula for determining the amount of punitive damages, and you are not required to award any punitive damages. If you decide to award punitive damages, you should consider all of the following factors in determining the amount:

(a) How reprehensible was Costco's conduct? In deciding how reprehensible Costco's conduct was, you may consider, among other factors:

    1. Whether the conduct caused physical harm;

    2. Whether Costco disregarded the health or safety of others;

    3. Whether Marisa Martinez was financially weak or vulnerable and Costco knew Marisa Martinez was financially weak or vulnerable and took advantage of her;

    4. Whether Costco's conduct involved a pattern or practice; and

    5. Whether Costco acted with trickery or deceit.

(b) Is there a reasonable relationship between the amount of punitive damages and Marisa Martinez's harm?

(c) In view of Costco's financial condition, what amount is necessary to punish Costco and discourage future wrongful conduct? You may not increase the punitive award above an amount that is otherwise appropriate merely because a defendant has substantial financial resources.

Punitive damages may not be used to punish Costco for the impact of its alleged misconduct on persons other than Marisa Martinez.

**IT IS SO ORDERED.**

Dated: June 5, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge