

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marisa Martinez, an individual<br><br>Plaintiff,<br>V.<br><br>Costco Wholesale Corporation, an unknown business entity<br><br>Defendant. | Civil Action No.   19-cv-01195-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

1. Jury awards Plaintiff $1,700,000 in non-economic damages.
2. Jury awards Plaintiff $150,000 in punitive damages.

Date:   6/9/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Cazares
A. Cazares, Deputy