# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARISA MARTINEZ, | Case No.: 19-CV-1195-WVG |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON JOINT NOTICE OF SATISFACTION OF JUDGMENT** |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Before the Court is the Parties' Joint Notice of Satisfaction of Judgment. (Doc. No. 150.) In relevant part, the Parties move the Court to dismiss this action with prejudice following Defendant's satisfaction of judgment entered in Plaintiff's favor and of her attorney fees and costs pursuant to the Court's February 24, 2023, Order. (Doc. No. 145.) Accordingly, this Action shall be DISMISSED WITH PREJUDICE and the case shall remain closed.

**IT IS SO ORDERED.**

DATED: March 31, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge